MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7234
    FAX: (415) 436-7200
    marc.wolf@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 14-0585 LB |
|     Plaintiff, | )<br>) | NOTICE OF DISMISSAL ∶ ORDER |
|   v. | ) | |
| YUKIKO MUNEYASU, | ) | |
|     Defendant. | )<br>) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED: 2/6/15                                                                                     Respectfully submitted,

                                                                                        MELINDA HAAG
                                                                                        United States Attorney

                                                                                                 /s/
                                                                                        MARC PRICE WOLF
                                                                                        Assistant United States Attorney

NOTICE OF DISMISSAL (CR 14-0585)

1 | Leave is granted to the government to dismiss the information without prejudice.

3 | Date: February 9, 2015

_____
United States Magistrate Judge Laurel Beeler

NOTICE OF DISMISSAL (CR 14-0585)